JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YANG ZHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>　　　　Defendants. | No. CV 22-9485-MWF(Ex)<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Hon. Michael W. Fitzgerald<br>United States District Judge |

　　Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application (Docket No. 10) submitted by the parties, and finding good cause therefor,

　　IT IS HEREBY ORDERED that the instant action shall be STAYED until **October 17, 2023**. If a dismissal has not been filed, the parties are ORDERED to file a Joint Status Report no later than October 17, 2023.

　　The Court ORDERS the Clerk to administratively close this action.

Dated: March 9, 2023　　　　　　　　_____

　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge